

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEITH KIER,                          :
                                     :       CIVIL ACTION
                    Plaintiff,       :
                                     :
        v.                           :
                                     :       NO.  14-897
F. LACKLAND & SONS, LLC d/b/a        :
LACKLAND SELF STORAGE; and           :
STORAGE ASSETS, LLC,                 :
                                     :
                    Defendants.      :

### ORDER

**AND NOW**, this _17th_ day of _December_, 2014, upon consideration of the Motion

for Summary Judgment by Defendants F. Lackland & Sons LLC and Storage Assets LLC

(Docket No. 21), Plaintiff Keith Kier's Response (Docket No. 22), Defendants' Reply Brief

(Docket No. 25), and Plaintiff's Sur-reply Brief (Docket No. 28), it is hereby **ORDERED** that

the Motion is **GRANTED**.  **JUDGMENT IS ENTERED** in favor of Defendants and against

Plaintiff on the entirety of the Amended Complaint.

This is case is **CLOSED**.

It is so **ORDERED**.

ENTERED

DEC 1 7 2014

BY THE COURT:

CLERK OF COURT

RONALD L. BUCKWALTER, S.J.